# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2012 OCT -2  AM 9:59

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           vs.<br><br>ELIPIDIO GARCIA RUIZ,<br><br>                    Defendant. | CASE NO. 12CR2419-CAB<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Indictment/Information:

   TITLE 8, U.S.C. Sec. 1326(a) and (b) - Removed Alien Found in the

   United States (Felony)

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 28, 2012

_____
Cathy Ann Bencivengo
U.S. District Judge